**Leroy R. DeHAVEN, Petitioner–Appellant,**

v.

**James E. TILTON, Secretary, Respondent–Appellee.**

No. 07–56290.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 19, 2010.*

Filed Oct. 27, 2010.

Leroy R. DeHaven, Folsom, CA, pro se.

Collette C. Cavalier, Deputy Attorney General, Office of the California Attorney General, San Diego, CA, Amanda Lloyd, Office of the California Attorney General, Los Angeles, CA, for Respondent–Appellee.

Before: O'SCANNLAIN, TALLMAN, and BEA, Circuit Judges.

MEMORANDUM **

California state prisoner LeRoy R. DeHaven appeals pro se from the district court's judgment denying his 28 U.S.C.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

§ 2254 habeas petition. We have jurisdiction under 28 U.S.C. § 2253,[1] and we affirm.

DeHaven challenges the Board's 2004 decision to deny him parole. The state court did not unreasonably conclude that some evidence supports the Board's decision. *See* 28 U.S.C. § 2254(d); *see also Hayward v. Marshall*, 603 F.3d 546, 562–63, 569 (9th Cir.2010) (en banc).

**AFFIRMED.**

1. We certify on our own motion the issue of whether the California Board of Prison Terms' ("Board") 2004 decision to deny De-Haven parole was supported by some evidence. We decline to issue a certificate of appealability as to DeHaven's remaining claims. *See* 28 U.S.C. § 2253(c)(2).

